```
Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendants, Gurdarshan Singh, Individually and
dba Full Stop & Save #2; Joga Singh, Individually and dba
Full Stop & Save #2; Kevin R. Turner, Individually and as
Trustee of the Turner Family Trust; Diane R. Turner,
Individually and as Trustee of the Turner Family Trust

Scott N. Johnson, Esq., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA  95608
Telephone:  916-485-3516
Facsimile:  916-481-4224

Attorney for Plaintiff Scott N. Johnson
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>           Plaintiff,<br><br>     vs.<br><br>Atvar Singh Atwal, et al.,<br><br>           Defendants. | Case No. **2:11-cv-00111-MCE-JFM**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL APRIL 15, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER |

Pursuant to Local Rule 144, Plaintiff Scott N. Johnson and Defendants, Gurdarshan Singh; Joga Singh; Kevin R. Turner and Diane R. Turner, by and through their respective

STIPULATION RE: EXTENSION OF TIME - 1

attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

1. No extension of time has been previously obtained.
2. These Defendants are granted an extension until April 15, 2011 to respond or otherwise plead to Plaintiff's complaint.
3. These Defendants' response will be due no later than April 15, 2011.

IT IS SO STIPULATED effective as of March 8, 2011.

Dated:  March 1, 2011          /s/ Cris C. Vaughan
                               Cris C. Vaughan,
                               Attorney for Defendants,
                               Gurdarshan Singh; Joga
                               Singh; Kevin R. Turner
                               and Diane R. Turner


Dated:  March 8, 2011          /s/ Scott N. Johnson
                               Scott N. Johnson
                               Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATE: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE