SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-000111-MCE-JFM** |
| Plaintiff, | **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | |
| Avtar Singh Atwal, et al | Case to Remain Open as to Remaining Defendants |
| Defendants | |

   IT IS HEREBY ORDERED THAT Defendants Dennis Andrew Juarez; Sharon Elaine Juarez; Phelps Schow Manwah Enterprises are hereby dismissed With Prejudice.  This case is to remain open as to the remaining Defendants.

Date: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00111-MCE-JFM - 1