SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>     vs.<br><br>Avtar Singh Atwal, et al,<br><br>        Defendants | Case No. **2:11-cv-00111-MCE-JFM**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

In accordance with the parties' stipulation for dismissal, the above-entitled action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2). The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-00111-MCE-JFM- 1