UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SCOTT N. JOHNSON, | No. 2: 11-cv-00111-MCE-JFM |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| AVTAR SINGH ATWAL, et. al., | |
| Defendant. | |

On April 12, 2013, the parties filed a Stipulation for Dismissal without prejudice (ECF No. 19). This case is DISMISSED without prejudice pursuant to Federal Rule Civil Procedure 41(a)(2).[1] Because the action is dismissed, Defendants' Motion to Withdraw as Attorney of Record (ECF No. 18) is moot.

IT IS SO ORDERED.

DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

1