UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>AVTAR SINGH ATWAL, et. al.,<br><br>          Defendant. | No.  2: 11-cv-00111-MCE-JFM<br><br><br>**ORDER** |

On April 12, 2013, the parties filed a Stipulation for Dismissal without prejudice (ECF No. 19).  This case is DISMISSED without prejudice pursuant to Federal Rule Civil Procedure 41(a)(2).[1]  Because the action is dismissed, Defendants' Motion to Withdraw as Attorney of Record (ECF No. 18) is moot.

IT IS SO ORDERED.

DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

1